ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-247 (DWF/AJB)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

REAL PROPERTY LOCATED AT 15240 69TH STREET SOUTH, DENMARK, MINNESOTA, WASHINGTON COUNTY, WITH ALL BUILDINGS, FIXTURES, IMPROVEMENTS, AND APPURTENANCES THERETO AND ANY AND ALL PROCEEDS FROM ITS SALE OR TRANSFER,

DEFENDANT.

STIPULATION FOR PAYMENT OF REAL ESTATE TAXES AND ORDER

The United States of America, plaintiff, and Washington County, claimant in the above-referenced civil forfeiture action, through their respective undersigned counsel, stipulate to the payment of real estate taxes for the real property located at 15240 69th Street South, Denmark, MN, legally described as Lot 1, Block 2, Alps Estates, according to the recorded plat thereof, and situate in Washington County, Minnesota, together with its buildings, fixtures, improvements, and appurtenances (hereinafter "the defendant real property.")

This stipulation is entered into between the plaintiff and the claimant pursuant to the following terms:

1. The plaintiff and the claimant hereby stipulate that the claimant now has an interest in the defendant real property by virtue of certain real estate taxes due and payable in 2002, which have become a lien against the defendant real property.

APR 05 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK

2. The plaintiff agrees that, after entry of a Final Order of Forfeiture forfeiting the defendant real property to the plaintiff and upon the disposition of the defendant real property, the United States Marshal shall pay the claimant:

a. all unpaid principal due to the claimant for the real estate taxes due and payable in 2002 and for real estate taxes due and payable in subsequent years that have become a lien on the defendant real property as of the date of the Final Order of Forfeiture;

and

b. all unpaid interest on any delinquent real estate taxes for the above-stated years to the date of the entry of the Final Order of Forfeiture according to the formula set forth at 28 U.S.C. § 1961(a);

from the proceeds of the sale of the defendant real property as a part of the normal and usual closing costs. No penalties will be paid. Principal and interest will only be paid up to the amount realized from the sale.

3. The payment to the claimant shall be in full and final settlement and satisfaction of any and all claims for real estate taxes on the defendant real property by the claimant, and the claimant agrees it will not pursue against the plaintiff any other

rights that it may have by virtue of the lien for certain real estate taxes as set forth in paragraphs 1 and 2 of this stipulation.

4. Upon payment, the claimant agrees the plaintiff may convey title to the defendant real property to any subsequent purchaser free and clear of any claim by the claimant for real estate taxes.

5. The claimant understands and agrees that, by entering into this stipulation, it waives any rights to further litigate against the plaintiff its interest in the defendant real property or to petition for remission or mitigation of the forfeiture.

6. The plaintiff and the claimant agree to execute further documents, to the extent necessary, to further implement the terms of this stipulation, and agree to bear their own costs and attorneys fees.

7. The terms of this stipulation are contingent upon the forfeiture of the defendant real property to the plaintiff, the Court's entry of a Final Order of Forfeiture disposing of all claims in this action, and the disposition of the defendant real property by the United States Marshal. In the event the defendant real property is not forfeited to the plaintiff, this stipulation is void. Further, the terms of this settlement shall be subject to approval by the United States District Court. Any violation of any

terms or conditions herein shall be construed as a violation of an order of the Court.

Dated: March 22, 2002

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5600

Dated: March 18, 2002

DOUG JOHNSON
Washington County Attorney

Richard D Hodsdon

BY: RICHARD D. HODSDON
Assistant County Attorney
14949 62nd Street North
P.O. Box 6
Stillwater, MN 55082-0006
Attorneys for Claimant
Washington County

ORDER

This Stipulation for Payment of Real Estate Taxes is hereby approved.

Dated: Apr. 15, 2002

DONOVAN W. FRANK, Judge
United States District Court