UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 02-247 (DWF/AJB)

UNITED STATES OF AMERICA,

PLAINTIFF,

V.

ORDER

REAL PROPERTY LOCATED AT 15240 69TH STREET SOUTH, DENMARK, MINNESOTA, WASHINGTON COUNTY,

DEFENDANT.

WHEREAS, on March 26, 2002, this Court issued an *Ex Parte* Seizure Warrant for the defendant real property based on the United States' *Ex Parte* Application for said seizure warrant; and

WHEREAS, the Court set the matter on for hearing in accordance with 18 U.S.C. § 985(e); and

WHEREAS, the United States seized the defendant real property and provided notice of the hearing to Jerry Manke, Jay Rankin, and Roxanne Rankin, as well as to the parties in this action; and

WHEREAS, no one appeared at the hearing held on April 9, 2002, to contest the basis for the seizure of the defendant real property;

IT IS HEREBY ORDERED that the United States shall maintain custody and control of the defendant real property pursuant to the *Ex Parte* Seizure Warrant pending a Final Order of Forfeiture in this action or until further order of this Court.

Dated: 4/12/02

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 12 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK