UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

REAL PROPERTY LOCATED AT 15420
69TH STREET SOUTH, ET AL.,

Defendants.

Civil No. 02-247 DWF/AJB

NOTICE OF
STATUS CONFERENCE

---

You are hereby given notice that a status conference in the above captioned case will be held on February 3, 2003, at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Assistant U.S. Attorney, James S. Alexander, shall contact the Court at 651-848-1210, two weeks prior to said status conference with an update on the settlement status of the above captioned matter.

Dated: 11/5/02

Arthur J. Boylan
United States Magistrate Judge

Filed NOV 05 2002
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______